UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID CANTRELL,

    Plaintiff,

  v.

J. CARTER *et al.*,

    Defendants.

Case No. C05-5459RBL

ORDER TO AMEND THE COMPLAINT AND CAUTIONING PLAINTIFF

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff has been granted *in forma pauperis* status.  (Dkt. # 4).  The original complaint was two pages long and seemed to allude to denial or theft of personal property. (Dkt. # 5).  That complaint named only subdivisions of agencies and was deficient.  Plaintiff was ordered to amend and filed an amended document that is convoluted and confusing.  (Dkt. # 10).  The document is on a civil rights complaint form but references a "habeas corpus" check list.  (Dkt. # 10, page 5).  The relief section of the complaint asks for forms.

    The pleading does not conform to Fed. R. Civ. P. 8 (a) and (e)(1).  A complaint must be a short plain statement concerning the courts jurisdiction, a short plain statement of the claim, and a demand for relief.  The document submitted by plaintiff does not comply with the Federal Rule and

ORDER

will not be accepted.

Plaintiff is directed to file a second amended complaint that complies with the federal rules of civil procedure.  Plaintiff will have until **November 18th, 2005** to file the second amended compliant.

Failure to file a document that complies with the federal rules of civil procedure will result in a Report and Recommendation that this action be dismissed for failure to state a claim.

The clerk is directed to file send plaintiff a copy of this order and a civil rights form and note the **November 18th, 2005** date on the court's calendar.

DATED this 11th day of October, 2005.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER