UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID CANTRELL,

        Plaintiff,

        v.

SUB DIVISION AGENCIES *et al.*,

        Defendants.

Case No.  C05-5459RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff has been given two chances to file a proper complaint and has failed to comply with a court order.  The proposed amended complaint is not a proper complaint under 42 U.S.C. § 1983.  This action is **DISMISSED WITHOUT PREJUDICE**.

    (3)    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold.

DATED this 22nd day of December, 2005.

                                                                         */s/ Ronald B. Leighton*
                                                                        RONALD B. LEIGHTON
                                                                        UNITED STATES DISTRICT JUDGE